1 | KIMBERLI C. ZAZZI [Bar No. 249638]
kimberli@lemonlawpro.com
2 | VINCENT M. ONORIO [Bar No. 117699]
vincent@lemonlawpro.com
3 | LADAWNA FLECKENSTEIN [Bar No. 330538]
4 | ladawna@lemonlawpro.com
5 | LEMON LAW PRO
1098 Melody Lane, Building 200
6 | Roseville, CA  95678
(916) 836-8565
7 | (916) 836-8583 (FAX)
8 |
Attorneys for Plaintiffs
9 | TRACY WRIGHT AND LAURA WRIGHT
10 |
11 | (Caption continues following page)

**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| TRACY WRIGHT AND LAURA WRIGHT, ) | Case No. 5:23-CV-00374-SHK |
| ) | Filed:  January 23, 2023 |
| ) | Trial Date: April 8, 2024 |
| Plaintiffs, ) | Judge: Hon. Shashi H. Kewalramani |
| ) | |
| v. ) | |
| ) | **ORDER GRANTING DISMISSAL** |
| SUBARU OF AMERICA, INC.; AND ) | **WITH PREJUDICE** |
| DOES 1- 10, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

Plaintiffs Tracy Wright and Laura Wrights and Defendant Subaru of America, Inc. (collectively "the Parties") entered into a Stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the Stipulation, the Parties agreed that the above-captioned action is dismissed with prejudice in its entirety.

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

1  JACQUELINE BRUCE CHINERY [Bar No. 187544]
   jchinery@lvcdlaw.com
2  KHACHATUR CHRIS OURKHAN [Bar No. 336653]
   courkhan@lvcdlaw.com
3  LEHRMAN, VILLEGAS, CHINERY & DOUGLAS, LLP
4  12121 Wilshire Boulevard
   Suite 1300
5  Los Angeles, CA  90025
   (310) 917-4500
6  (310) 917-5677 (FAX)

7
   Attorneys for Defendant
8  SUBARU OF AMERICA, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING DISMISSAL WITH PREJUDICE**

1    Therefore, good cause having been shown and the Parties having stipulated

2  the same, the Court hereby makes the following order:

3    IT IS ORDERED THAT:

4    This entire action is dismissed with prejudice pursuant to Federal Rule of

5  Civil Procedure 41(a)(1)(A)9ii) and in accordance with the terms of the Parties'

6  written settlement agreement.

7    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9  Dated:  09/08/2023    _____

10                THE HONORABLE SHASHI H.
                  KEWALRAMANI
11                UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING DISMISSAL WITH PREJUDICE**